# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 229TH JUDICIAL DISTRICT COURT OF STARR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on November 26, 2014, the cause upon appeal to revise or reverse your judgment between

Osbaldo A. Saenz Jr., Appellant

V.

Osbaldo A. Saenz Sr. and Maria Estela G. Saenz Trust through their Trustee Esther A.S. Salmon, Estela Tijerina, and the Estate of Alfredo Garza Tijerina, Deceased, Appellee

No. 04-14-00033-CV and Tr. Ct. No. DC-11-242, DC-12-250

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED. It is ORDERED that appellees recover their costs of appeal from appellant.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on February 4, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00033-CV

**Osbaldo A. Saenz Jr.**

**v.**

**Osbaldo A. Saenz Sr. and Maria Estela G. Saenz Trust through their Trustee Esther A.S. Salmon, Estela Tijerina, and the Estate of Alfredo Garza Tijerina, Deceased**

(NO. DC-11-242, DC-12-250 IN 229TH JUDICIAL DISTRICT COURT OF STARR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | PAID | OSBALDO SAENZ |
| MOTION FEE | $10.00 | PAID | OSBALDO SAENZ |
| MOTION FEE | $10.00 | E-PAID | MARGIL SANCHEZ |
| MOTION FEE | $10.00 | E-PAID | MARGIL D. SANCHEZ, JR |
| REPORTER'S RECORD | $225.00 | PAID | MARGIL SANCHEZ |
| MOTION FEE | $10.00 | PAID | OSBALDO SAENZ |
| MOTION FEE | $10.00 | E-PAID | MARGIL SANCHEZ, JR. |
| MOTION FEE | $10.00 | PAID | OSBALDO SAENZ |
| MOTION FEE | $10.00 | PAID | OSBALDO SAENZ JR. |
| COPIES | $434.00 | PAID | OSBALDO SAENZ |
| MOTION FEE | $10.00 | PAID | OSBALDO SAENZ |
| MOTION FEE | $10.00 | PAID | OSBALDO SAENZ |
| CLERK'S RECORD | $112.00 | PAID | |
| STATEWIDE EFILING FEE | $10.00 | PAID | OSBALDO SANCHEZ |
| INDIGENT | $25.00 | PAID | OSBALDO SANCHEZ |
| STATEWIDE EFILING FEE | $10.00 | PAID | OSBALDO SANCHEZ |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | OSBALDO SANCHEZ |
| FILING | $100.00 | PAID | OSBALDO SANCHEZ |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this February 4, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853